# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| TODD'S BY THE BRIDGE, INC. | ) | Case No. <u>14-21530-GLT</u> |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Rosemary C. Crawford, | ) | No. |
| | ) | |
| Trustee Movant | ) | |
| Vs. | ) | Related Doc: 214, 216.222 |
| | ) | |
| TODD'S BY THE BRIDGE, INC. | ) | |
| | ) | |
| No Respondents. | ) | |

## MOTION TO MODIFY DEFAULT ORDER OF DISTRIBUTION

AND NOW COMES, Trustee Rosemary C. Crawford, and files the within Motion to Modify Default Order of Distribution for the reasons noted below:

1. Rosemary C. Crawford was appointed and qualified as the Trustee upon the conversion of this case.

2. The Trustee's Final Report and Account ("Final Report") was properly filed at Docket No. 214 on July 13, 2018.

3. Due to inadvertent clerical error, the incorrect Proposed Order of Distribution was attached to the aforementioned Final Report.

4. The Notice of Trustee's Final Report and Account was served on the Matrix and included the correct distribution amounts at Docket No. 217.

5. A Default Order of Distribution was signed on August 15, 2018, which reflected the error at Docket No.222.

6. Attached is the correct Proposed Order of Distribution, which reflects the correct amounts noted in the Trustee's Final Report and served on the creditor's matrix.

7. Movant requests that the Order of Distribution be modified to reflect the Trustee's Final Report and Account.

Dated: August 15, 2018

    Respectfully submitted,
/s/Rosemary C. Crawford
Rosemary C. Crawford, Trustee
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com