FILED
8/16/18 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-21530 GLT |
| | : | |
| TODD'S BY THE BRIDGE, INC. | : | Chapter 7 |
| | : | |
| | : | Related to Dkt. No. 223 and 222 |
| *Debtor(s)* | : | |
| | : | |
| Rosemary Crawford | : | |
| | : | |
| Applicant | : | |
| | : | |
| Vs | : | |
| | : | |
| No Respondents | : | |

## ORDER OF DISTRIBUTION

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Rosemary Crawford, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Dated: August 16, 2018

_____
Gregory L. Taddonio
United States Bankruptcy Judge    cgt

**UST Form 101-7-TFR (05/1/2011)**

**TRUSTEE'S PROPOSED RE-DISTRIBUTION**

Exhibit D

Case No.:     14-21530-GLT
Case Name:    TODD'S BY THE BRIDGE, INC.
Trustee Name: Rosemary Crawford

**Balance on hand:**                                   $          45,039.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Department of Labor and Industry - UCTS | 5,428.70 | 5,428.70 | 0.00 | 5,428.70 |

Total to be paid to secured creditors:   $     5,428.70
Remaining balance:                        $    39,610.75

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 5,750.50 | 0.00 | 5,750.50 |
| Trustee, Expenses - Rosemary Crawford | 43.90 | 0.00 | 43.90 |
| Trustee's Firm Legal, Fees - Rosemary C. Crawford | 3,496.50 | 0.00 | 3,496.50 |
| Trustee's Firm Legal, Expenses - Rosemary C. Crawford | 223.93 | 0.00 | 223.93 |
| Trustee's Accountant, Fees - Eric E. Bononi, Esq., C.P.A. | 1,108.33 | 0.00 | 1,108.33 |
| Other Taxes, - County of Allegheny | 3,053.47 | 0.00 | 3,053.47 |
| US Trustee's Office, - United States Trustee (ADMINISTRATIVE) | 977.15 | 0.00 | 977.15 |
| US Bankruptcy Court, - Clerk, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |

Total to be paid for chapter 7 administration expenses:   $    14,829.78
Remaining balance:                                         $    24,780.97

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee's Attorney, Expenses - STEVE T. SHREVE, ESQ. | 10,453.00 | 0.00 | 10,453.00 |

Total to be paid for prior chapter administration expenses:   $    10,453.00
Remaining balance:                                             $    14,327.97

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,132.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 -3 | County of Allegheny | 26,529.43 | 0.00 | 13,511.35 |
| 3P | Pennsylvania Department of Revenue | 570.08 | 0.00 | 290.34 |
| 1P | Department of Labor and Industry - UCTS | 500.19 | 0.00 | 254.75 |
| 2P-3 | Internal Revenue Service | 533.14 | 0.00 | 271.53 |

Total to be paid for priority claims: $ 14,327.97
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,681.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Peoples Natural Gas Co LLC Equitable Division | 1,681.10 | 0.00 | 0.00 |
| None | | | | |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,708.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U-3 | Internal Revenue Service | 2,221.43 | 0.00 | 0.00 |
| 3U | Pennsylvania Department of Revenue | 486.60 | 0.00 | 0.00 |
| None | | | | |

Total to be paid for subordinated claims:   $           0.00
Remaining balance:                          $           0.00


Date: June 20, 2018            Signed: /s/ Rosemary Crawford
                                Rosemary Crawford, Trustee
                                P.O. Box 355
                                Allison Park, PA 15101
                                (724) 443-4757

**UST Form 101-7-TFR (05/1/2011)**